NO. 07-02-0372-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JANUARY 21, 2003

_____

RAYBORN ROBERT STEPHENSON,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE COUNTY COURT AT LAW NO. 2 OF POTTER COUNTY;

NO. 96,499; HON. PAMELA C. SIRMON, PRESIDING

_____

*ORDER ON APPELLANT'S MOTION TO DISMISS APPEAL*

_____

Before JOHNSON, C.J., QUINN, J. and BOYD, S.J.[1]

Rayborn Robert Stephenson, appellant, has moved to dismiss the appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure.  Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)

_____

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.  Tex. Gov't Code Ann. §75.002(a)(1) (Vernon Supp. 2002).

and dismiss the appeal.  Having dismissed the appeal at appellant's personal request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn<br>
Justice

Do not publish.